The People of the State of New York, Respondent, 
against
Devon Nedd, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Tamiko A. Amaker, J. at plea; Joanne D. Quinones, J. at sentencing), rendered October 2, 2012, convicting him, upon his plea of guilty, of harassment in the second degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Tamiko A. Amaker, J. at plea; Joanne D. Quinones, J. at sentencing), rendered October 2, 2012, affirmed.
The accusatory instrument charging criminal contempt in the second degree (see Penal Law § 215.50[3]) was not jurisdictionally defective. The instrument alleges that defendant went to the home of the complainant Janice Mannix in violation of a valid temporary order of protection issued in Criminal Court earlier that day, specifically directing that defendant "stay away" from the complainant and her home (see People v Kaplan, 125 AD3d 465 [2015], lv denied 25 NY3d 1203 [2015]). Inasmuch as the temporary order of protection that was annexed to the complaint indicates that defendant was advised in court of the "issuance and contents" of the order, and that the order was "personally served on defendant in court," it can be inferred that defendant had knowledge that the order of protection was in effect (see People v Inserra, 4 NY3d 30, 33 [2004]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 18, 2018